| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Transferring Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | CR-23-00310-002-TUC-JGZ (JR) |
|  | DOCKET NUMBER *(Receiving Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
| --- | --- | --- |
| Jorge Brayan Requejo-Zapata | NAME OF SENTENCING JUDGE<br>Jennifer G. Zipps<br>Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>9/5/2024 | TO<br>9/4/2027 |

**OFFENSE**

Title 8, U.S.C. §§1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), Conspiracy to Transport Illegal Aliens for Profit

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The Probation Office in the District of Nevada has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Jorge Brayan Requejo-Zapata, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/24/2025_
Date

_Jennifer G. Zipps_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_April 10, 2025_
Effective Date

United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jorge Brayan Requejo-Zapata

Case No.:   TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

April 8, 2025

TO:   United States District Judge

On August 16, 2024, Jorge Brayan Requejo-Zapata was sentenced by the Honorable Jennifer G. Zipps in the District of Arizona to 10 months custody followed by 36 months of supervised release for committing the offense of Conspiracy to Transport Illegal Aliens for Profit, a Class C Felony offense. On September 5, 2024, Mr. Requejo-Zapata commenced supervised release in the District of Nevada. The District of Arizona has requested and approved of a Jurisdictional transfer for Mr. Requejo-Zapata's case. Their request to transfer jurisdiction is largely supported by Mr. Requejo-Zapata's strong community ties to Reno, Nevada. Mr. Requejo-Zapata is currently employed with Spherion Staffing & Recruiting in Reno, Nevada. Since beginning supervision in the District of Nevada, he has been residing in a family home with his immediate family members. Mr. Requejo-Zapata has repeatedly stated he plans to reside in Reno, Nevada, for the foreseeable future.

ADDENDUM TO PETITION (Probation Form 12)
RE: Jorge Brayan Requejo-Zapata

The Judicial Conference recommends transfer of jurisdiction for persons under supervision to reduce the burden and expedite the response by the Court. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of this case. The District of Arizona has agreed to relinquish jurisdiction as evident by their signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

                                    Respectfully submitted,

                                    _____
                                    Matthew McKeon
                                    United States Probation Officer

Approved:


_____
Erik Flocchini
Supervisory United States Probation Officer